IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NATIONAL LABOR RELATIONS BOARD | : | |
| | : | |
| Applicant, | : | |
| | : | |
| v. | : | Misc. No. 05-71 UNA |
| | : | |
| JOHN BOYD and ACTION TEMPORARY | : | |
| EMPLOYMENT a/k/a ACTIONMULTI-CRAFT | : | |
| | : | |
| Respondent. | : | |

**NOTICE OF SUBSTITUTION OF COUNSEL**
**AND ENTRY OF APPEARANCE**

Notice is hereby given to the substitution of Douglas E. McCann in place of Rudolph Contreras as the attorney for the applicant, the National Labor Relations Board, in the above-captioned case.

        Respectfully Submitted,

        COLM F. CONNOLLY
        United States Attorney


        BY: /s/ Douglas E. McCann
        Douglas E. McCann
        Assistant United States Attorney
        Delaware Bar I.D. No. 3852
        The Nemours Building
        1007 Orange Street, Suite 700
        P.O. Box 2046
        Wilmington, Delaware 19899-2046
        (302) 573-6277
        douglas.mccann@usdoj.gov

Dated: April 14, 2005