IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NATIONAL LABOR RELATIONS BOARD:

    Applicant,

v.  :  Misc. No. 05- **71 GMS**

JOHN BOYD and ACTION TEMPORARY
EMPLOYMENT a/k/a ACTION
MULTI-CRAFT

    Respondent.



FILED

JUL 14 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## ORDER TO SHOW CAUSE

The National Labor Relations Board, herein called the Board, having filed its Application with this Court for an order requiring John Boyd, President of Action Temporary Employment a/k/a Action Multi-Craft, to comply with a certain subpoena duces tecum duly and properly served upon it in connection with *NLRB v. Action Temporary Employment a/k/a Action Multi-Craft.*, No. 02-3157 (3d Cir. 2002, enfg. 337 NLRB 268 (2001)), as set forth in the Application, and good cause appearing therefor,

**IT IS HEREBY ORDERED,** that John Boyd, an agent of Action Temporary Employment a/k/a Action Multi-Craft., appear and show cause, if any there be, at the United District Court for the District of Delaware, Courtroom **4A**, J. Caleb Boggs Federal Building, 844 N. King Street, Wilmington. Delaware, on the **13th** day of **September** 2005, at **2:00 p.**m., why an Order of this Court should not issue directing John Boyd to comply with the subpoena served upon him in regard to *NLRB v. Action Temporary Employment a/k/a Action Multi-Craft.*, No. 02-3157 (3d Cir. 2002, enfg. 337 NLRB 268 (2001)), by appearing before a Board Agent of the National Labor Relations Board at such time and place as the Board Agent may designate, and then and there produce the books, papers, records, and other documents

described in the subpoena duces tecum served on him and give testimony in connection with the proceeding now pending before the Board pursuant to the National Labor Relations Act, amended (29 U.S.C. § 151, *et seq.*), and

  **IT IS FURTHER ORDERED** that service on John Boyd or on Respondent of a copy of the Order to Show Cause and a copy of the Application upon which it is issued, be made on or before the 16th day of August 2005, by service thereof on John Boyd, or on any agent of his or of Respondent, and that he or his agent, or Respondent or its agent, shall file and serve its answer to the Application no later than August 30, 2005.

Dated at Wilmington, Delaware this 14th day of July 2005.

                   _____
                   UNITED STATES DISTRICT JUDGE