

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

*The Nemours Building*  (302) 573-6277
*1007 Orange Street, Suite 700*  FAX (302) 573-6220
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

September 7, 2005

**BY EFILE**

Honorable Gregory M. Sleet
United States District Court
J. Caleb Boggs Federal Building
844 King Street, Lockbox 19
Wilmington, Delaware 19801

RE:   NLRB v. Boyd, Misc. Action No. 05-71-GMS

Dear Judge Sleet:

This subpoena enforcement matter is scheduled for a show cause hearing on September 13, 2005 at 2:00 p.m. Plaintiff National Labor Relations Board has informed me that the Defendant has begun complying with the subpoena but that his compliance is not yet complete.

The government respectfully requests that the Court continue the scheduled hearing for 60 days to allow the parties an opportunity to resolve the matter without assistance from the Court.

The government is available to answer any concerns the Court may have.

Respectfully,

COLM F. CONNOLLY
United States Attorney

BY: *[signature]*
Douglas E. McCann
Assistant United States Attorney

cc:   Dr. Peter T. Dalleo (By E-File)
      John Boyd, pro se (By First Class Mail)
      Margarita Navarro-Rivera, Esquire (By First Class Mail)