IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD | : |
| | : |
| v. | : Miscellaneous No. 05-mc-71 GMS |
| JOHN BOYD, et al. | : |
| | : |

**O R D E R**

WHEREAS, on April 13, 2005, a Motion for Order to Show Cause was filed by the National Labor Relations Board;

WHEREAS, on July 14, 2005, an Order to Show Cause was issued and a show cause hearing was scheduled before the undersigned on September 13, 2005;

WHEREAS, on September 7, 2005, a letter was filed with the court indicating that the respondent had begun complying with the subpoena at issue, but that his compliance was not yet complete. The petitioner requested that the court continue the scheduled hearing for 60 days to allow the parties an opportunity to resolve the matter without assistance from the court;

IT IS ORDERED THAT:

1. The Petitioner's request for a continuance is hereby GRANTED. The hearing scheduled for September 13, 2005, is CONTINUED;

2. The Petitioner is directed to file a status report by **November 7, 2005**, or notify the court that the miscellaneous case may be dismissed.

September 7, 2005        /s/ Gregory M. Sleet
                         UNITED STATES DISTRICT JUDGE