

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*The Nemours Building*  (302) 573-6277
*1007 Orange Street, Suite 700*  FAX (302) 573-6220
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

November 7, 2005

**BY CM/ECF**

Honorable Gregory M. Sleet
United States District Court
J. Caleb Boggs Federal Building
844 King Street, Lockbox 19
Wilmington, Delaware 19801

RE:   **NLRB v. Boyd, Misc. Action No. 05-71-GMS**

Dear Judge Sleet:

     This subpoena enforcement matter was originally scheduled for a show cause hearing on September 13, 2005. Because the Respondent began complying with the subpoena, the Petitioner asked for a sixty-day continuance to permit the parties an opportunity to resolve the matter without resort to the Court. The Court granted the continuance and directed the Petitioner to file a status report no later than November 7, 2005.

     The Respondent continues to cooperate with the government. The Respondent is scheduled to meet with the government on November 10, 2005 to deliver more documents and to answer more questions about documents already provided. Accordingly, the government respectfully asks for an additional thirty-day continuance. The government will report to the Court on or before December 7, 2005, if the case has not already been dismissed.

Letter to Hon. Gregory M. Sleet
November 7, 2005
Page 2

       The government is available to answer any concerns the Court may have.

       Respectfully,

       COLM F. CONNOLLY
       United States Attorney

BY: *(signature)*
       Douglas E. McCann
       Assistant United States Attorney

cc:    Dr. Peter T. Dalleo (By E-File)
      John Boyd, pro se (By First Class Mail)
      Margarita Navarro-Rivera, Esquire (By First Class Mail)