

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*The Nemours Building*     *(302) 573-6277*
*1007 Orange Street, Suite 700*     *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

December 7, 2005

**BY CM/ECF**

Honorable Gregory M. Sleet
United States District Court
J. Caleb Boggs Federal Building
844 King Street, Lockbox 19
Wilmington, Delaware 19801

            **RE:   NLRB v. Boyd, Misc. Action No. 05-71-GMS**

Dear Judge Sleet:

      This subpoena enforcement matter was originally scheduled for a show cause hearing on September 13, 2005. Because the Respondent began complying with the subpoena, the Petitioner asked for a sixty-day continuance to permit the parties an opportunity to resolve the matter without resort to the Court. The Court granted the continuance and directed the Petitioner to file a status report no later than November 7, 2005. On November 7, 2005, the government reported that the Respondent was cooperative. The government asked the Court for an additional thirty days to allow the Respondent to produce more documents and give further testimony.

      The National Labor Relations Board ("NLRB") has scheduled an additional meeting with Mr. Boyd for December 13, 2005. The NLRB requests that the Court continue this matter for a short time, until December 16, 2005, to allow that meeting to occur. The Petitioner hopes to dismiss this case following that meeting, provided that the Respondent produces the expected documents on December 13.

Letter to Hon. Gregory M. Sleet
December 7, 2005
Page 2

      The government is available to answer any concerns the Court may have.

      Respectfully,

COLM F. CONNOLLY
United States Attorney

BY: *Douglas E. McCann*
Douglas E. McCann
Assistant United States Attorney


cc:    Dr. Peter T. Dalleo (By E-File)
        John Boyd, pro se (By First Class Mail)
        Margarita Navarro-Rivera, Esquire (By First Class Mail)