IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD, : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | Misc. A. No. 05-71 GMS |
| : | |
| JOHN BOYD and ACTION TEMPORARY : | |
| EMPLOYMENT a/k/a ACTION MULTI-CRAFT, : | |
| : | |
| Respondent. : | |

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE that the above-captioned action is dismissed by the Petitioner, without prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

        Respectfully submitted,

        COLM F. CONNOLLY
        United States Attorney

        By: /s/ Douglas E. McCann
           Douglas E. McCann (#3852)
           Assistant United States Attorney
           1007 Orange Street, Suite 700
           P.O. Box 2047
           Wilmington, Delaware 19899-2046
           (302) 573-6277
           douglas.mccann@usdoj.gov

        Attorneys for Plaintiff

DATED:    December 14, 2005